IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAI ALKEBU-LAN,

    Plaintiff,               No. 2:11-cv-0291 LKK KJN P

    vs.

K. DICKINSON, Warden, et al.,

    Defendants.        ORDER
_____/

        Plaintiff has requested an extension of time to file an amended complaint within the deadline set by this court's order filed April 18, 2011; however, the amended complaint was timely filed. Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 16, 2011 motion for an extension of time is denied without prejudice; and

        2. Plaintiff's May 11, 2011 amended complaint is deemed timely filed.

DATED: May 19, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

alke0291.36