1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SHAI ALKEBU-LAN,

11          Plaintiff,                          No. 2:11-cv-0291 LKK KJN P

12       vs.

13   K. DICKINSON, Warden, et al.,

14          Defendants.                         ORDER

15   _____/

16          Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.

18          By order filed November 6, 2012, this court directed plaintiff to complete and

19   return to the court, within thirty days, eight USM-285 forms and nine copies of the endorsed

20   Second Amended Complaint, in order to effect service of process on the defendants.  On

21   November 19, 2012, plaintiff submitted the USM-285 forms but filed only two copies of the

22   complaint.

23          Accordingly, IT IS HEREBY ORDERED that:

24          1.  The Clerk of the Court is directed to return to plaintiff one copy of the

25   endorsed Second Amended Complaint (Dkt. No. 24), submitted by plaintiff on November 19,

26   2012; and

1

1    2. Within thirty days after service of this order, plaintiff shall submit to the court

2  a total of eight copies of the endorsed Second Amended Complaint (Dkt. No. 24), filed July 16,

3  2012. Failure to return the copies within the specified time period will result in a

4  recommendation that this action be dismissed.

5  DATED: November 28, 2012

6

7  _____

    KENDALL J. NEWMAN

8   UNITED STATES MAGISTRATE JUDGE

9  alke0291.8f

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26