IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAI ALKEBU-LAN,

        Plaintiff,           No. 2:11-cv-0291 LKK KJN P

       vs.

K. DICKINSON, Warden, et al.,

        Defendants.        <u>ORDER</u>

                              /

       Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

       On December 28, 2012, the court ordered the United States Marshal to serve the complaint on defendants. Service of process on defendants Brown, Jones, Mata, Mitchell, Pulsipher, and Spencer-Sims remains pending. However, process directed to defendants Moreno and Mullen were returned unserved because, respectively, "Per CDC, need more info," and "Per fac[ility] - def. deceased." (Dkt. Nos. 33, 34.)

       It appears that defendant Mullen is deceased; plaintiff should consider how this fact impacts this action. Meanwhile, in order to serve defendant Moreno, plaintiff must provide additional contact information. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code §§ 6250, et seq., or other means available

to plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may request judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed July 16, 2012;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Moreno;

    b. Two copies of the endorsed complaint filed July 16, 2012; and

    c. One completed summons form (if not previously provided).

3. If plaintiff is unable to comply with this order, he shall, within the same deadline, show good cause why he cannot provide the requested contact information.

DATED:  January 30, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

alke0291.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAI ALKEBU-LAN,

      Plaintiff,                      No. CIV 2:11-cv-0291 LKK KJN P

      vs.

K. DICKINSON, Warden, et al.,        <u>NOTICE OF SUBMISSION</u>

      Defendants.                <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____    completed summons form

      _____    completed USM-285 forms

      _____    copies of the _____
                                 Complaint/Amended Complaint

DATED:

                                          _____
                                          Plaintiff